UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Chambers of Judge Wendy Beetlestone**
3809 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

December 20, 2016

Thomas I. Puleo, Esquire
KML Law Group PC
701 Market Street, Ste 5000
Philadelphia, PA 19106

RE:   Civil Action No. 16-5372
      *United States of America v. Douglas J. Morales*

Dear Mr. Puleo:

     A review of the Court's records show that service of the Complaint has not been made in the above-captioned action with respect to defendant, Douglas J. Morales

     In order to eliminate a delay in bringing this case to trial, service must be made by **January 3, 2017** in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. Proof of service must be filed with the Clerk of Court within five days of service or by **January 8, 2017**. If service is not made within the time set forth above, the Court will dismiss the Complaint without prejudice for lack of prosecution.

Very truly yours,

/s/ M. Mani for
A. M. Wilson
Civil Deputy Clerk to the
Honorable Wendy Beetlestone