UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Chambers of Judge Wendy Beetlestone**
**3809 U.S. Courthouse**
**601 Market Street**
**Philadelphia, Pennsylvania 19106**

January 12, 2017

Thomas I. Puleo, Esquire
KML Law Group PC
701 Market Street, Suite 5000
Philadelphia, Pennsylvania 19106

RE:   *United States of America v. Douglas J. Morales*
        – Civil Action No. 16-5372

Dear Mr. Puleo

  A review of the Court's records show that a pleading has not been filed in the above captioned action in response to the Complaint.

  If such a pleading is not filed by the above named defendant on or before January 11, 2017, you may file a request for default with the Clerk of Court in accordance with Rule 55 of the Federal Rules of Civil Procedure.

  If the Request for Default is not filed on or before January 19, 2017, the Court may enter an order dismissing the case against the above named defendant(s) for lack of prosecution.

           Very truly yours,

           <u>/s/ M. Mani</u> for
           A.  M. Wilson
           Civil Deputy Clerk to the
           Honorable Wendy Beetlestone

cc: all counsel of record